THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWIGHT LITTLEJOHN, Appellant. [32 NYS3d 159]—

Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered November 13, 2012, as amended December 6, 2012, convicting defendant, upon his plea of guilty, of two counts of robbery in the second degree, and sentencing him, as a persistent violent felony offender, to concurrent terms of 16 years to life, unanimously affirmed.

Defendant made a valid waiver of his right to appeal (People

*v Lopez*, 6 NY3d 248, 256-257 [2006]), which forecloses review of his suppression claims. The court's colloquy "was sufficient because the right to appeal was adequately described without lumping it into the panoply of rights normally forfeited upon a guilty plea" (*People v Sanders*, 25 NY3d 337, 341 [2015]). Moreover, defendant signed a written waiver.

Regardless of whether defendant made a valid waiver of his right to appeal, we find that the court properly denied his suppression motion. The record supports the findings that defendant was lawfully stopped, that his statements to police were admissible and that a lineup was not unduly suggestive. Concur—Sweeny, J.P., Renwick, Saxe, Gische and Kahn, JJ.